JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS NORTHUP, | Case No.: CV21-1000 CJC (JDEx) |
| Plaintiff, | ORDER [21] |
| v. | HON. CORMAC J. CARNEY |
| LEXISNEXIS RISK DATA MANAGEMENT, INC. | |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders this action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 14, 2022

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE